**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael Lynn MOSES, Defendant–Appellant.**

No. 04–40026.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 13, 2004.

Douglas Thomas Ferraro, Jr, Assistant U.S. Attorney, U.S. Attorney'S Office, Eastern District Of Texas, Texarkana, TX, for Plaintiff–Appellee.

Michael Lynn Moses, Texas Department of Criminal Justice Institutional Division Byrd Unit N Huntsville on FM 247, # 798442, Huntsville, TX, pro se.

Before WIENER, BENAVIDES AND STEWART, Circuit Judges.

---

PER CURIAM: *

Court-appointed counsel for Michael Lynn Moses has filed a motion to withdraw and an accompanying brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). An independent review of counsel's brief, Moses's response, and the record reflects that there are no nonfrivolous issues for appeal. Accordingly, Moses's motion for the appointment of substitute appellate counsel is DENIED; counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

